61 A.3d 190

Troy MULLEN, Petitioner

v.

Michael WENEROWICZ, Superintendent SCI @ Graterford, John Wetzel, Secretary of Pennsylvania Department of Corrections, et al., Respondents.

No. 199 EM 2012.

Supreme Court of Pennsylvania.

Jan. 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of January, 2013, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**